UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH CLEMENT BALLAY IV | CIVIL ACTION |
| VERSUS | NO. 14-2058 |
| JEFFERSON PARISH CORRECTIONAL CENTER UNDER THE GUIDANCE OF SHERIFF NEWELL NORMAND | SECTION "C"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Joseph Clement Ballay, IV's 42 U.S.C. § 1983 complaint is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to § 1915(e), § 1915A, and § 1997e.

New Orleans, Louisiana, this _27_ day of August, 2015.

UNITED STATES DISTRICT JUDGE